# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG ALLEN RODGERS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
SUSAN JOHNSON, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84718

**FILED**

JUN 17 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus seeking to direct the district court to compel petitioner's former counsel and the district attorney's office to produce and transmit his entire case file.

This court has original jurisdiction to issue writs of mandamus, and the issuance of such extraordinary relief is within this court's sole discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioner bears the burden to show that extraordinary relief is warranted, and such relief is proper only when there is no plain, speedy, and adequate remedy at law. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004).

Although petitioner references rulings by the district court, he has not provided this court with either copies of his motions filed below, district court orders granting his motions, or any of the documents necessary for this court's consideration of the petition. *See* NRAP 21(a)(4)

22-19195

(providing that petitioner shall submit an appendix containing all documents "essential to understand[ing] the matters set forth in the petition"). Therefore, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:  Hon. Susan Johnson, District Judge
     Craig Allen Rodgers
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk